CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 20 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal No. 7:10cr00054-5 |
| v. | ) **2255 FINAL ORDER** |
| SEAN ANTONIO ROBERTSON. | ) By: Samuel G. Wilson<br>) United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED and ADJUDGED**

that Robertson's 28 U.S.C. § 2255 motion (Docket No. 265) is **DISMISSED without prejudice** as successive; and this case is hereby **STRICKEN** from the active docket of the court.

Further, finding that Robertson has failed to make the requisite substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

**ENTER**: This 20th day of August, 2012.

_____
United States District Judge